UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANALE SMITH,<br><br>    Petitioner,<br><br>    v.<br><br>MARTIN BITER, Warden,<br><br>    Respondent. | NO. CV 15-2506-JGB (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Respondent's motion to dismiss the Petition is denied.

DATED: March 9, 2016

JESUS G. BERNAL
United States District Judge